# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBIN ROSEBOROUGH, et al.,

       Plaintiff,          :       Case No. 3:06-cv-129

                                     District Judge Thomas M. Rose
   -vs-                            Chief Magistrate Judge Michael R. Merz

                          :

CITY OF TROTWOOD, OHIO, et al.,

       Defendant.

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

On September 1, 2006, United States Magistrate Judge Michael R. Merz recommended (Doc. No. 16) that:

1. Plaintiff Robert Roseborough's federal claim for loss of consortium be dismissed with prejudice; and

2. The Trotwood Defendants' Motion for Partial Judgment on the Pleadings as to Robert Roseborough's state claim for loss of consortium be denied without reaching the merits on the current briefing.

No objections have been filed to that Report and Recommendations and the time for objecting expired on September 21, 2006. Accordingly, the Report and Recommendations are adopted.

September 26, 2006.                    **\*s/THOMAS M. ROSE**

                                  _____
                                        Thomas M. Rose
                                United States District Judge