# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBIN ROSEBOROUGH, et al.,

      Plaintiff,      :      Case No. 3:06-cv-129

                             District Judge Thomas M. Rose
  -vs-                        Chief Magistrate Judge Michael R. Merz
                            :

CITY OF TROTWOOD, OHIO, et al.,

      Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 27, 2006, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that the Motion to Dismiss of Defendant Montgomery County Board of County Commissioners (Doc. No. 22) be, and it hereby is, granted; said Defendant is entitled to dismissal with prejudice.

November 30, 2006.                                  **s/THOMAS M. ROSE**

                                                                                   _____
                                                                                      Thomas M. Rose
                                                                       United States District Judge